Jamerson C. Allen (State Bar No. 132866)
Tara L. Riedley (State Bar No. 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
HILTON HOTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>　　　　　Defendants. | Case No. CV 08 1103 MEI<br><br>**STIPULATION FOR EXTENSION TO FILE AND SERVE DEFENDANT HILTON HOTEL CORPORATION'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

## RECITALS

**WHEREAS**, Plaintiff STEPHANIE ARNOLDI ("Plaintiff") filed this action against defendant HILTON HOTEL CORPORATION (also erroneously sued as "Hilton Hotel San Francisco) ("Defendant") on or about February 25, 2008;

**WHEREAS**, Plaintiff served the Complaint in this action on Defendant HILTON HOTELS CORPORATION's agent for service of process on or about March 31, 2008;

**WHEREAS**, Defendant HILTON HOTEL CORPORATION'S responsive pleading to the Complaint is due on or about April 21, 2008; and

**WHEREAS**, the parties' agreement to extend Defendant HILTON HOTEL CORPORATION time in which to respond to Plaintiff's Complaint will not alter any other dates presently set by the Court in this matter.

## AGREEMENT

Pursuant to Civil Local Rule 6-1, the parties hereby stipulate as follows:

The time for Defendant HILTON HOTEL CORPORATION to file its responsive pleadings to Plaintiff's Complaint shall be extended ten (10) days, to May 1, 2008.

Respectfully submitted,

Date: April 22, 2008

FASANO LAW OFFICE

By  s/Lawrence W. Fasano
    Lawrence W. Fasano

Attorneys for Plaintiff
STEPHANIE ARNOLDI

Date: April 21, 2008

JACKSON LEWIS, LLP

By _____
    Jamerson C. Allen
    Tara L. Riedley

Attorneys for Defendant
HILTON HOTEL CORPORATION

STIPULATION FOR EXTENSION TO FILE AND SERVE DEFENDANT HILTON HOTEL CORPORATION'S RESPONSE TO PLAINTIFF'S COMPLAINT