UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANIE ARNOLDI,<br><br>Plaintiff,<br><br>v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>Defendants. | Case No. CV 08 1103 MEJ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
|---|---|

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRAET JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 27, 2008

_____
Signature

Counsel for Defendant
HILTON HOTEL CORPORATION