Lawrence W. Fasano, Jr. (SB# 80017)
FASANO LAW OFFICE
720 Market Street, Penthouse Suite
San Francisco, California 94102-2500
Telephone: (415) 956-8800
Facsimile: (415) 956-8811

Attorneys for Plaintiff
STEPHANIE ARNOLDI

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION<br><br>Defendants. | Case No.   CV 08-1103-MEJ<br><br>**STIPULATION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION FOR VIOLATION OF THE UNRUH CIVIL RIGHTS ACT** |

### RECITALS

**WHEREAS,** Plaintiff STEPHANIE ARNOLDI's ("Plaintiff") second cause of action against Defendant HILTON HOTEL CORPORATION ("Defendant") alleges Defendant violated the Unruh Civil Rights Act;

**WHEREAS,** Plaintiff has no claim against Defendant under the Unruh Civil Rights Act because it is not applicable in cases of employment discrimination; and

**WHEREAS,** Plaintiff has agreed to dismiss her second cause of action against Defendant for violation of the Unruh Civil Rights Act with prejudice, in exchange for Defendant waiving costs and fees associated with that cause of action.

FASANO LAW OFFICE
720 Market Street
Penthouse Suite
San Francisco, CA 94102
Telephone: (415) 956-8800

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(A)(1)   CASE NO. CV 08-1103-MEJ
-1-

## STIPULATION

The parties stipulate as follows:

1. Plaintiff dismisses her second cause of action for violation of the Unruh Civil Rights Act with prejudice.

2. Each party shall bear her or its own attorney fees and costs in connection with this dismissal.

Dated: May 21, 2008

FASANO LAW OFFICE

By _____
LAWRENCE W. FASANO, JR.
Attorney for Plaintiff
STEPHANIE ARNOLDI

Dated: May 28, 2008

JACKSON LEWIS LLP

By _____
Jamerson C. Allen
Tara L. Riedley
Attorney for Defendant
HILTON HOTEL CORPORATION

FASANO LAW OFFICE
720 Market Street
Penthouse Suite
San Francisco, CA 94102
Telephone: (415) 956-8800

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(A)(1)   CASE NO. CV 08-1103-MEJ
-2-