1  Jamerson C. Allen (State Bar No. 132866)
   Tara L. Riedley (State Bar No. 236508)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   HILTON HOTELS CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 STEPHANIE ARNOLDI,                    Case No. CV 08 1103 MEJ

12         Plaintiff,                    [PROPOSED] ORDER REGARDING
                                         THE STIPULATION TO DISMISS
13     v.                                PLAINTIFF'S SECOND CAUSE OF
                                         ACTION FOR VIOLATION OF THE
14 HILTON HOTEL SAN FRANCISCO,           UNRUH CIVIL RIGHTS ACT
   individually, and HILTON HOTEL
15 CORPORATION,

16         Defendants.

17

18     **IT IS HEREBY ORDERED** as follows:

19     1.    Plaintiff dismisses her second cause of action for violation of the Unruh Civil

20 Rights Act with prejudice.

21     2.    Each party shall bear her or its own attorneys' fees and costs in connection with

22 this dismissal.

23     **IT IS SO ORDERED.**

24

25 Dated: _____, 2008
                                         _____
26                                       Magistrate Judge Maria-Elena James
                                         United States District Court
27

28

                                    1                    Case No. CV 08 1103 MEJ