```
1  Jamerson C. Allen (State Bar No. 132866)
   Tara L. Riedley (State Bar No. 236508)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   HILTON HOTELS CORPORATION
6
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANIE ARNOLDI, | Case No. CV 08 1103 MEJ |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF SERVICE OF INITIAL DISCLOSURE STATEMENTS** |
| HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION, | |
| Defendants. | |

## RECITALS

**WHEREAS**, Plaintiff STEPHANIE ARNOLDI ("Plaintiff") filed this action against defendant HILTON HOTELS CORPORATION (also erroneously sued as "Hilton Hotel San Francisco) ("Defendant") on or about February 25, 2008;

**WHEREAS**, Plaintiff served the Complaint in this action on Defendant HILTON HOTELS CORPORATION's agent for service of process on or about March 31, 2008;

**WHEREAS**, pursuant to the Court's Order Setting Initial Case Management Conference and ADR Guidelines, the parties must serve their initial disclosure statements on May 29, 2008;

**WHEREAS**, the parties have agreed, pursuant to Fed. R. Civ. Pro. 26(a)(1)(C) and paragraph 6 of the Standing Order Re: Discovery and Dispute Procedures for Cases Assigned or Referred to Magistrate Judge Maria-Elena James, to extend the time for service of their initial

1  disclosures until June 19, 2006; and

2  WHEREAS, the parties' agreement to extend the date for service of their initial
3  disclosure statements will not alter any other dates presently set by the Court in this matter.

4  **AGREEMENT**

5  Pursuant to Fed. R. Civ. P. 26(a)(1)(C) and paragraph 6 of the Standing Order Re:
6  Discovery and Dispute Procedures for Cases Assigned or Referred to Magistrate Judge Maria-
7  Elena James, the parties hereby stipulate as follows:

8  The time for Plaintiff STEPHANIE ARNOLDI and Defendant HILTON HOTELS
9  CORPORATION to serve their respective initial disclosure statements shall be June 19, 2008.

10

11 Respectfully submitted,

12

13 Date: May 28 2008                           Date: May 29, 2008
14 FASANO LAW OFFICE                           JACKSON LEWIS, LLP
15
16 By _____                  By _____
17    Lawrence W. Fasano                           Jamerson C. Allen
                                                   Tara L. Riedley
18
19 Attorneys for Plaintiff                     Attorneys for Defendant
   STEPHANIE ARNOLDI                           HILTON HOTELS CORPORATION
20
21
22
23
24
25
26
27
28