1  Jamerson C. Allen (State Bar No. 132866)
   Tara L. Riedley (State Bar No. 236508)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   HILTON HOTELS CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 STEPHANIE ARNOLDI,                    Case No. CV 08 1103 MEJ

12         Plaintiff,                    [PROPOSED] ORDER REGARDING
                                         THE STIPULATION FOR
13     v.                                EXTENSION OF SERVICE OF
                                         INITIAL DISCLOSURE
14 HILTON HOTEL SAN FRANCISCO,           STATEMENTS
   individually, and HILTON HOTEL
15 CORPORATION,

16         Defendants.

17

18     **IT IS HEREBY ORDERED** as follows:

19     The parties' respective initial disclosure statements shall be served on June 19, 2008.

20

21 **IT IS SO ORDERED.**

22

23 Dated: _____, 2008
                                         _____
24                                       Magistrate Judge Maria-Elena James
                                         United States District Court
25

26

27

28

                                    1                    Case No. CV 08 1103 MEJ
   (PROPOSED) ORDER RE STIP. FOR EXTENSION OF SERVICE OF INITIAL DISCLOSURE STATEMENTS