Jamerson C. Allen (State Bar No. 132866)
Tara L. Riedley (State Bar No. 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
HILTON HOTELS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>           Plaintiff,<br><br>    v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>           Defendants. | Case No. CV 08 1103 MEJ<br><br>[PROPOSED] ORDER REGARDING THE STIPULATION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION FOR VIOLATION OF THE UNRUH CIVIL RIGHTS ACT |

**IT IS HEREBY ORDERED** as follows:

1.   Plaintiff dismisses her second cause of action for violation of the Unruh Civil Rights Act with prejudice.

2.   Each party shall bear her or its own attorneys' fees and costs in connection with this dismissal.

**IT IS SO ORDERED.**

Dated: June 3, _____, 2008

_____
Magistrate Judge Maria-Elena James
United States District Court
Northern District of California

*IT IS SO ORDERED* — Judge Maria-Elena James