Jamerson C. Allen (State Bar No. 132866)
Tara L. Riedley (State Bar No. 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
HILTON HOTELS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>　　　　　Defendants. | Case No. CV 08 1103 MEJ<br><br>[PROPOSED] ORDER REGARDING THE STIPULATION FOR EXTENSION OF SERVICE OF INITIAL DISCLOSURE STATEMENTS |

**IT IS HEREBY ORDERED** as follows:

The parties' respective initial disclosure statements shall be served on June 19, 2008.

**IT IS SO ORDERED.**


Dated: June 3, 2008 __, 2008

_____
Judge Maria-Elena James
United States District Court

*IT IS SO ORDERED*
*Judge Maria-Elena James*