IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>    Plaintiff,<br><br>vs.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>    Defendants.<br>_____/ | Case No. C-08-1103 MEJ<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

    The Court is in receipt of the parties' joint case management statement, filed May, 29, 2008. In that statement the parties take differing positions as to whether plaintiff has made a valid demand for a Jury Trial. Therefore, plaintiff and defendants shall, by June 12, 2008, each file with the Court a brief of no more than 5 pages stating their position on the Jury Demand question. Each party shall, in addition to filing, its brief, lodge a chambers copy with this Court at 450 Golden Gate Avenue, San Francisco, California, 94102.

    The case management conference originally set for June 5, 2008, is hereby continued to June 19, 2008.

**IT IS SO ORDERED.**

Dated: June 4, 2008

---
MARIA-ELENA JAMES
United States Magistrate Judge