Lawrence W. Fasano, Jr. (SB# 80017)
FASANO LAW OFFICE
720 Market Street, Penthouse Suite
San Francisco, California 94102-2500
Telephone: (415) 956-8800
Facsimile: (415) 956-8811

Attorneys for Plaintiff
STEPHANIE ARNOLDI

# UNITED STATES FEDERAL COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI, <br><br> Plaintiff, <br><br> vs. <br><br> HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION <br><br> Defendants. | Case No.  CV 08-1103-MEJ <br><br> **PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND** |

## INTRODUCTION

On 2/25/2008 Plaintiff filed the Complaint in this lawsuit which on its face stated "Jury Trial Demanded;" and in the Civil Cover Sheets filed along with the Complaint checked the box demanding a jury. Plaintiff did not file any other demand for a jury, and Defendant, although not yet articulating the basis for its claim, is expected to argue that Plaintiff waived her constitutional right to a jury by not filing a separate jury demand. As demonstrated in more detail hereinafter, Plaintiff has adequately preserved her right to a jury trial.

///
///
///
///
///

FASANO LAW OFFICE
720 Market Street
Penthouse Suite
San Francisco, CA 94102
Telephone: (415) 956-8800

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S JURY TRIAL DEMAND
-1-

CASE NO. CV 08-1103-MEJ

## ARGUMENT

Federal Rule of Civil Procedure 38(b) provides that:

"Any party may demand a trial by jury of any issue triable of right by a jury by serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue. Such demand may be indorsed upon a pleading of the party."

A demand complying with Federal Rule 38(b) may therefore be made either in a separate written instrument or indorsed upon a pleading (*Pradier v. Elespuru*, (1981) 641 F.2d 808 (9th Cir.).

The plaintiff stated in her Complaint that a jury was demanded. Any local rules of court that are inconsistent with Federal Rule 38(b) cannot be enforced (see 28 U.S.C. § 2071; *Colgrove v. Battin*, 413 U.S. 149, 163, and n.22, 93 S.Ct. 2448, 2456 n.22, 37 L.Ed.2d 522 (1973)).

The demand for a jury trial having been properly made under Federal Rule 38(b), the failure to fulfill an additional requirement of placing a notation to that effect in the prayer cannot constitute a waiver of a trial by jury. Because the right to a jury trial is a fundamental right guaranteed by the Constitution, courts should indulge every reasonable presumption against waiver (see *Aetna Insurance Co. v. Kennedy*, 301 U.S. 389, 393, 57 S.Ct. 809, 811, 81 L.Ed,. 1177 (1937); *Local 783m Allied Industrial Workers v, General Electric Co.*, 471 F.2d 751, 756 (6th Cir.), cert. denied, 414 U.S. 822, 94 S.Ct. 120, 38 L.Ed.2d 55 (1973); *Heyman v. Kline*, 456 F.2d 123, 129 (2d Cir. 1972) cert. denied, 409 U.S. 847, 93 S.Ct. 53, 34 L.Ed.2d 88 (1972).

This case must be tried before a jury.

## CONCLUSION

Dated: June 11, 2008

Respectfully submitted,

FASANO LAW OFFICE

/s/
_____
LAWRENCE W. FASANO, JR.
Attorney for Plaintiff
STEPHANIE ARNOLDI

S:\Client Data\Arnoldi, Stephanie\Plead\opp strike jury.wpd

FASANO LAW OFFICE
720 Market Street
Penthouse Suite
San Francisco, CA 94102
Telephone: (415) 956-8800

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S JURY TRIAL DEMAND
-2-

CASE NO. CV 08-1103-MEJ