United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Arnoldi,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Hilton Hotel San Francisco,<br><br>             Defendant(s). | 08-01103 MEJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Gerald F. George**
Pillsbury Winthrop
50 Fremont St.
San Francisco, CA 94105
415-983-1056
gerald.george@pillsburylaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01103 MEJ MED                          - 1 -

1 | Counsel are reminded that the written mediation statements required by the ADR
2 | L.R. 6-7 shall NOT be filed with the court.

4 | Dated: July 9, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01103 MEJ MED                - 2 -