Jamerson C. Allen (State Bar No. 132866)
Tara L. Riedley (State Bar No. 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
HILTON HOTELS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>　　　　　Defendants. | Case No. CV 08 1103 MEJ<br><br>**STIPULATION TO EXTEND TIME FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION (MEDIATION)** |

## RECITALS

**WHEREAS,** the Court ordered Plaintiff STEPHANIE ARNOLDI ("Plaintiff") and defendant HILTON HOTELS CORPORATION to Court Process Mediation on June 17, 2008;

**WHEREAS,** the Court assigned Mediator Gerald George to the case on July 9, 2008;

**WHEREAS,** pursuant to ADR Local Rule 6-6(b), mediation must be held by September 15, 2008;

**WHEREAS,** the parties' arbitration and trial schedules prevent the scheduling of mediation prior to the September 15, 2008 deadline;

**WHEREAS,** the parties believe it necessary to conduct a limited amount of discovery for mediation to be effective, including the deposition of Plaintiff and other witnesses;

1  WHEREAS, under ADR Local Rule 6-5, the parties and the Mediator have agreed to
2  extend the time for mediation until October 2008;
3  WHEREAS, specifically, the parties and the Mediator have agreed to mediate the case on
4  October 24, 2008 and, in the alternative, October 28, 2008; and
5  WHEREAS, the parties' agreement to extend the date for mediation will not alter any
6  other dates presently set by the Court in this matter.
7  <u>AGREEMENT</u>
8  Pursuant to ADR Local Rule 6-5, the parties hereby stipulate as follows:
9  The time for Plaintiff STEPHANIE ARNOLDI and Defendant HILTON HOTELS
10  CORPORATION to complete mediation shall be October 28, 2008.
11
12  Respectfully submitted,
13
14  Date: August 5, 2008                              Date: August 5, 2008
15  FASANO LAW OFFICE                                 JACKSON LEWIS, LLP
16
17  By_____                         By_____
       Lawrence W. Fasano                                Jamerson C. Allen
18                                                      Tara L. Riedley
19
20  Attorneys for Plaintiff                           Attorneys for Defendant
    STEPHANIE ARNOLDI                                 HILTON HOTELS CORPORATION
21
22
23
24
25
26
27
28