Jamerson C. Allen (State Bar No. 132866)
Tara L. Riedley (State Bar No. 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
HILTON HOTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>Plaintiff,<br><br>v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>Defendants. | Case No. CV 08 1103 MEJ<br><br>**[PROPOSED] ORDER REGARDING THE STIPULATION TO EXTEND TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION (MEDIATION)** |

**IT IS HEREBY ORDERED** as follows:

1. The time to complete mediation shall be extended from the September 15, 2008 deadline.

2. The parties shall complete mediation by October 28, 2008.

**IT IS SO ORDERED.**

Dated: August ____, 2008

_____
Magistrate Judge Maria-Elena James
United States District Court

1                                    Case No. CV 08 1103 MEJ

(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME FOR ADR