08/05/2008 10:49 FAX ecopy@jacksonlewis.com
Case 3:08-cv-01103-MEJ   Document 25   Filed 08/13/2008   Page 1 of 2
08-05-08;11:00AM;                                                          # 2/ 3

Jamerson C. Allen (State Bar No. 132866)
Tara L. Riedley (State Bar No. 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
HILTON HOTELS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>Plaintiff,<br><br>v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>Defendants. | Case No. CV 08 1103 MEJ<br><br>**STIPULATION TO EXTEND TIME FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION (MEDIATION)** |

## RECITALS

WHEREAS, the Court ordered Plaintiff STEPHANIE ARNOLDI ("Plaintiff") and defendant HILTON HOTELS CORPORATION to Court Process Mediation on June 17, 2008;

WHEREAS, the Court assigned Mediator Gerald George to the case on July 9, 2008;

WHEREAS, pursuant to ADR Local Rule 6-6(b), mediation must be held by September 15, 2008;

WHEREAS, the parties' arbitration and trial schedules prevent the scheduling of mediation prior to the September 15, 2008 deadline;

WHEREAS, the parties believe it necessary to conduct a limited amount of discovery for mediation to be effective, including the deposition of Plaintiff and other witnesses;

08/05/2008 10:49 IFAX ecopy@jacksonlewis.com → Reception 003/003
08-05-08;11:00AM; # 3/ 3
Case 3:08-cv-01103-MEJ   Document 25   Filed 08/13/2008   Page 2 of 2

1  WHEREAS, under ADR Local Rule 6-5, the parties and the Mediator have agreed to
2  extend the time for mediation until October 2008;
3  WHEREAS, specifically, the parties and the Mediator have agreed to mediate the case on
4  October 24, 2008 and, in the alternative, October 28, 2008; and
5  WHEREAS, the parties' agreement to extend the date for mediation will not alter any
6  other dates presently set by the Court in this matter.
7  **AGREEMENT**
8  Pursuant to ADR Local Rule 6-5, the parties hereby stipulate as follows:
9  The time for Plaintiff STEPHANIE ARNOLDI and Defendant HILTON HOTELS
10 CORPORATION to complete mediation shall be October 28, 2008.

Respectfully submitted,

Date: August 5, 2008                              Date: August 13, 2008
FASANO LAW OFFICE                                 JACKSON LEWIS, LLP

By _____                        By _____
Lawrence W. Fasano                                Jamerson C. Allen
                                                  Tara L. Riedley

Attorneys for Plaintiff                           Attorneys for Defendant
STEPHANIE ARNOLDI                                 HILTON HOTELS CORPORATION