1  JAMERSON C. ALLEN (State Bar No. 132866)
   TARA L. RIEDLEY (State Bar No. 236508)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   HILTON HOTEL CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | STEPHANIE ARNOLDI,                    | Case No. CV 08 1103 MEJ
12 |            Plaintiff,                 | [PROPOSED] ORDER REGARDING
   |                                       | THE STIPULATION TO EXTEND
13 |     v.                                | TIME TO COMPLETE
   |                                       | ALTERNATIVE DISPUTE
14 | HILTON HOTEL SAN FRANCISCO,           | RESOLUTION (MEDIATION)
   | individually, and HILTON HOTEL
15 | CORPORATION,
16 |            Defendants.

17

18      **IT IS HEREBY ORDERED** as follows:

19      1.   The time to complete mediation shall be extended from the September 15, 2008

20 deadline.

21      2.   The parties shall complete mediation by October 28, 2008.

22      **IT IS SO ORDERED.**

23

24 Dated: August ____, 2008
                                         _____
25                                       Magistrate Judge Maria-Elena James
                                         United States District Court
26

27

28

                                         1