```
JAMERSON C. ALLEN (State Bar No. 132866)
TARA L. RIEDLEY (State Bar No. 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
```

Attorneys for Defendant
HILTON HOTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>        Plaintiff,<br><br>   v.<br><br>HILTON HOTEL SAN FRANCISCO, individually, and HILTON HOTEL CORPORATION,<br><br>        Defendants. | Case No. CV 08 1103 MEJ<br><br>**[PROPOSED] ORDER REGARDING THE STIPULATION TO EXTEND TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION (MEDIATION)** |

**IT IS HEREBY ORDERED** as follows:

1. The time to complete mediation shall be extended from the September 15, 2008 deadline.

2. The parties shall complete mediation by October 28, 2008.

**IT IS SO ORDERED.**

Dated: ~~August~~ October 1 ____, 2008

_____
Magistrate Judge Maria-Elena James
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

---

1