IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI,<br><br>    Plaintiff(s),<br><br>vs.<br><br>HILTON HOTEL,<br><br>    Defendant(s).<br>_____/ | No. C 08-1103 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT** |

Upon review of the docket in the above-captioned matter, the Court notes that a mediation was scheduled to take place on October 24, 2008. However, there is no further information as to the status of this case. Accordingly, the Court hereby ORDERS the parties to file a joint status statement by December 12, 2008.

**IT IS SO ORDERED.**

Dated: December 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge