IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI, | No. C 08-1103 MEJ |
| Plaintiff(s), | **ORDER RE: MEDIATION** |
| vs. | |
| HILTON HOTEL, | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Status Statement, filed December 12, 2008. Upon review of the statement, the Court finds it appropriate for the parties to continue the mediation process prior to addressing any other outstanding issues. Accordingly, the parties shall participate in a further mediation session within two months from the date of this Order. After completion of the mediation, the parties shall file an updated joint status statement.

**IT IS SO ORDERED.**

Dated: December 17, 2008

MARIA-ELENA JAMES
United States Magistrate Judge