IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARNOLDI, | No. C 08-1103 MEJ |
| Plaintiff(s), | **CONDITIONAL DISMISSAL** |
| vs. | |
| HILTON HOTEL, | |
| Defendant(s). | |

On January 23, 2009, the parties in the above-captioned matter participated in a mediation, at which time the case fully settled. Accordingly, IT IS HEREBY ORDERED that this case be dismissed with prejudice. However, if any party shall certify to the Court, within sixty days and proof of service on opposing counsel, that the agreed consideration for said settlement has not been delivered, this Order shall stand vacated and the case shall be restored to the calendar for trial.

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 27, 2009

MARIA-ELENA JAMES
United States Magistrate Judge